### DECLARATION OF STEPHANIE ALI

My name is Stephanie Jackson Ali and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am Board Secretary of the Georgia Muslim Voter Project.

2. Georgia Muslim Voter Project ("GMVP") is a civic organization whose mission is to assist in registering voters and increase voter engagement and turnout. GMVP is particularly active in Gwinnett County, which has one of the highest populations of United States citizens who are Muslim among the State of Georgia.

3. As a result of O.C.G.A. § 21-2-386(a)(1)(B)-(C), which fails to provide due process to absentee voters whose signatures allegedly do not match, and O.C.G.A. § 21-2-381(b)(1)-(3), which fails to provide due process to absentee ballot applicants whose signatures allegedly do not match, and in response to a recent news article indicating higher rates of rejection in Gwinnett County, GMVP must now divert more resources towards warning voters about this risk, especially voters who vote absentee closer to Election Day.

4. GMVP must also divert resources towards following up with voters to explore any possibility of ensuring that their ballot will be counted, such as placing calls to county registrars or expending more resources towards facilitating in-person voting to compensate for the risk of absentee ballots not being counted.

5.  These resources are diverted away from its regular voting and voter registration activities.

6.  If an injunction is not immediately issued, the Georgia absentee voters with whom GMVP works may lose their right to vote because they may have their ballots rejected when it is too late to cure by voting in-person—which also may not be an option for absentee voters who are unable to vote in-person.

7.  I calculated how many absentee ballot applications and how many absentee ballots were rejected due to a signature mismatch based on public information in an Excel sheet at http://elections.sos.ga.gov/Elections/voterabsenteefile.do. I believe that at least 493 absentee ballot applications have been rejected thus far for a signature mismatch, and that over 100 absentee ballots have been rejected thus far for the same reason. Every county appears to record the reason for an absentee ballot application or ballot rejection using slightly different terms. I rearranged the Excel sheet to isolate the rejection explanations that reference signatures to arrive at these numbers.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Stephanie Jackson Ali

10/17/18
Date