IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA MUSLIM VOTER PROJECT and ASIAN-AMERICANS ADVANCING JUSTICE-ATLANTA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN KEMP, in his official capacity as the Secretary of State of Georgia; and GWINNETT COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS, on behalf of itself and similarly situated boards of registrars in all 159 counties in Georgia,<br><br>    Defendants. | Civil Action No.: 1:18-cv-04789-LMM |

## **[PROPOSED] ORDER**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, the Court hereby GRANTS Plaintiffs' Motion for a Temporary Restraining Order and ORDERS as follows:

The Secretary of State's Office shall issue the following instructions to all county boards of registrars, boards of elections, election superintendents, and absentee ballot clerks:

1)      All county elections officials responsible for processing absentee ballots shall not reject any absentee ballots due to an alleged signature mismatch unless the voter is given pre-rejection notice, an opportunity to resolve the alleged signature discrepancy, such as by confirming identity by providing photo identification by e-mail, fax, mail, or in-person, and an opportunity to appeal, pursuant to the existing notice and opportunity procedures for other absentee voters set forth in O.C.G.A. § 21-2-230(g). The voter should have the opportunity to do so within three days after Election Day or three days after they receive pre-rejection notice, whichever is later; with an opportunity to appeal.

2)      All county elections officials responsible for processing absentee ballot applications shall not reject any absentee ballot applications due to an alleged signature mismatch unless the voter is given pre-rejection notice an opportunity to resolve the alleged signature discrepancy, such as by confirming identity by providing photo identification by e-mail, fax, mail, or in-person, and an opportunity to appeal, pursuant to the existing notice and opportunity procedures for other absentee voters set forth in O.C.G.A. § 21-2-230(g). The voter should have the opportunity to do so up to the Friday before Election Day.

3)   All county elections officials responsible for processing absentee ballot applications and absentee ballots must provide notice of potential rejection within one day of the rejection decision.

_____

The Honorable Leigh Martin May
United States District Judge

_____

Date