IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA MUSLIM VOTER
PROJECT, *et al.*,

    Plaintiffs,

v.

CIVIL ACTION NO.
1:18-CV-04789-LMM

BRIAN KEMP, *et al.*,

    Defendants.

## ORDER

This case comes before the Court on Plaintiffs' Motion for Temporary Restraining Order [5]. The Court **ORDERS** the parties to appear for a hearing on Plaintiffs' Motion on **Tuesday, October 23, 2018, at 1:00 p.m.,** in Courtroom 2107 in the Richard Russell Federal Building, 75 Ted Turner Dr. S.W., Atlanta, GA 30303.

Plaintiffs are **ORDERED** to serve Defendants with a copy of this Order, the Complaint, and the Motion for Temporary Restraining Order by close of business on **Thursday, October 18, 2018**. See FED. R. CIV. P. 4(i). Plaintiffs should file proof of service on the docket once Defendants have been served with this Order and the pleadings.

Defendants are **DIRECTED** to file a Response Brief on **Monday, October 22, 2018 by 12:00 p.m.** If for some reason Defendants are unable to comply with this Order, they should alert Ms. Bachelor as soon as possible ((404) 215-1514). If

Plaintiffs are inclined to file a Reply Brief, its reply shall be due by **9:00 a.m.** on **Tuesday, October 23, 2018**.

    **IT IS SO ORDERED** this 17th day of October, 2018.

*/s/ Leigh Martin May*
Leigh Martin May
United States District Court