AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Georgia Muslim Voter Project and Asian-Americans Advancing Justice-Atlanta<br><br>*Plaintiff(s)*<br><br>v.<br><br>Brian Kemp, in official capacity as Secretary of State, and Gwinnett County Board of Voter Registration and Elections, on behalf of itself and all others similarly situated,<br><br>*Defendant(s)* | Civil Action No. 1:18-cv-4789 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gwinnett County Board of Voter Registration & Elections
75 Langley Drive, Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Sean J. Young
1100 Spring St. NW, Suite 640
Atlanta, GA 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 10/16/2018

s/ Brittany Poley
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-4789

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gwinnett County Board of Voter Registration & Elections**
was received by me on *(date)* **10/18/2018**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒☒ I served the summons on *(name of individual)* **William Linkous, attorney** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Gwinnett County Board of Voter Registration & Elections** on *(date)* **10/18/2018** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **10/19/2018**

*Server's signature*

**Marc Allard - Process Server**
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**Documents Served : Summons, Complaint
Motion For Temporary Restraining Order Papers
Order Dated October 17, 2018**