IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ALTANTA DIVISION

| | | |
|---|---|---|
| GEORGIA MUSLIM VOTER PROJECT and ASIAN- AMERICANS ADVANCING JUSTICE-ATLANTA, | * * * * | |
| Plaintiffs, | * * | CA No. 1:18cv4789-LMM |
| vs. | * * * | |
| BRIAN KEMP, in his official capacity as Secretary of State of Georgia; and GWINNETT COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS, on behalf of itself and similarly situated boards of registrars in all 159 counties in Georgia, | * * * * * * * * | |
| Defendants. | * * | |

**CONSENT MOTION FOR LEAVE TO FILE A BRIEF
IN EXCESS OF 25 PAGES**

State Defendant Georgia Secretary of State Brian Kemp respectfully requests leave to file a Brief in excess of the twenty-five (25) page limit set forth in Local Rule 7.1(D). In support of this Motion, State Defendant shows this Court as follows:

1. On October 17, 2018, Plaintiffs filed a Motion for Temporary Restraining Order seeking a statewide injunction, in the middle of an election, against Georgia's long standing process for absentee ballot verification.
2. This Court has Ordered that Defendant, Brian Kemp, respond to the Plaintiffs' motion by noon on Monday, October 22, 2018.
3. In order to fully address the arguments advanced by Plaintiffs, and address jurisdictional arguments, Defendant requests leave to file a brief that is thirty-five (35) pages in length.
4. The undersigned is authorized to state that Plaintiffs have no objection to this motion.
5. A proposed Order is attached for the Court's convenience.

For the foregoing reasons, State Defendant Brian Kemp respectfully requests that this Court grant his Motion to File a Brief in Excess of Twenty-Five Pages.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General            112505

DENNIS R. DUNN            234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA  188620
Senior Assistant Attorney General


Attorneys for Secretary of State Brian Kemp

Please address all
Communication to:
CRISTINA CORREIA
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

# Certificate of Service

I hereby certify that on October 19, 2018, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Sean J. Young
ACLU Foundation of Georgia, Inc.
P.O. Box 77208
Atlanta, GA 30357

Dale E. Ho
ACLU
125 Broad Street, 18th Floor
New York, NY 10004

Brian R. Dempsey
Richard A. Carothers
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518

Bryan P. Tyson
Frank Strickland
Strickland Brockington Lewis, LLP
1170 Peachtree Street, Ne Suite 2200, Midtown Prosceium
Atlanta, GA 30309-7200

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE

This 19th day of October, 2018.

/s/Cristina Correia
Cristina Correia    188620
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325