IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ALTANTA DIVISION

| | | |
|---|---|---|
| GEORGIA MUSLIM VOTER PROJECT and ASIAN- AMERICANS ADVANCING JUSTICE-ATLANTA, | * * * * | |
| Plaintiffs, | * * | CA No. 1:18cv4789-LMM |
| vs. | * * | |
| BRIAN KEMP, in his official capacity as Secretary of State of Georgia; and GWINNETT COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS, on behalf of itself and similarly situated boards of registrars in all 159 counties in Georgia, | * * * * * * * * | |
| Defendants. | * * | |

## NOTICE OF APPEARANCE

COMES NOW Russell D. Willard, Senior Assistant Attorney General, and hereby makes an entry of appearance on behalf of Secretary of State Brian Kemp. Counsel can be reached at:

> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone: (404) 656-7298
> Facsimile: (404) 657-9932
> E-Mail: rwillard@law.ga.gov

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General     112505

DENNIS R. DUNN     234098
Deputy Attorney General

/s/Russell D. Willard
RUSSELL D. WILLARD   760280
Senior Assistant Attorney General


CRISTINA M. CORREIA  188620
Senior Assistant Attorney General


Attorneys for Secretary of State Brian Kemp

Please address all
Communication to:
RUSSELL D. WILLARD
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
rwillard@law.ga.gov
404-656-7298
404-657-9932

## Certificate of Service

I hereby certify that on October 19, 2018, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Sean J. Young
ACLU Foundation of Georgia, Inc.
P.O. Box 77208
Atlanta, GA  30357

Dale E. Ho
ACLU
125 Broad Street, 18th Floor
New York, NY  10004

Brian R. Dempsey
Richard A. Carothers
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA  30518

Bryan P. Tyson
Strickland Brockington Lewis, LLP
1170 Peachtree Street, Ne Suite 2200, Midtown Prosceium
Atlanta, GA  30309-7200

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE

This 19th day of October, 2018.

/s/Russell D. Willard
Russell D. Willard    188620
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
rwillard@law.ga.gov
404-656-7298
404-657-9932