# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA MUSLIM VOTER PROJECT and ASIAN-AMERICANS ADVANCING JUSTICE-ATLANTA,<br><br>       Plaintiffs,<br><br>vs.<br><br>BRIAN KEMP, in his official capacity as the Secretary of State of Georgia; and GWINNETT COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS, on behalf of itself and similarly situated boards of registrars in all 159 counties in Georgia,<br><br>       Defendants. | Civil Action No.: 1:18-cv-04789-LMM |

**DEFENDANT GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS CONSENT MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendant Gwinnett County Board of Registrations and Elections ("Gwinnett BORE"), with Plaintiffs' consent, pursuant to Local Rule 7.1 D and this Court's Standing Order on Civil Litigation, moves for leave to file an overlength Brief in Response to Plaintiffs' Motion for Temporary Restraining Order.

1

1. In order to fully address the arguments raised by Plaintiffs and provide the Court with a full accounting of the processes used by Gwinnett County in processing absentee ballot applications and absentee ballots, the Gwinnett BORE anticipates that it will require more than the limit of 25 pages provided in the Local Rules.

2. Two days ago, this Court ordered responses to be filed no later than Monday, October 22, 2018 by noon. [Doc. 6].

3. While this Motion is filed less than five days before the Brief is due, it is filed at the earliest opportunity where the Gwinnett BORE determined it may need additional pages.

4. Defendants seek leave to file a Brief no longer than 35 pages

5. The undersigned is authorized to state that Plaintiffs consent to this motion.

By signature below, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

Respectfully submitted this 19th day of October, 2018.

/s/Bryan P. Tyson
Frank B. Strickland
Georgia Bar No. 687600
fbs@sbllaw.net
Bryan P. Tyson

Georgia Bar No. 515411
bpt@sbllaw.net
STRICKLAND BROCKINGTON
    LEWIS LLP
Midtown Proscenium, Suite 2000
1170 Peachtree Street, NE
Atlanta, Georgia  30309
678-347-2200 (telephone)
678-347-2210 (facsimile)

RICHARD A. CAROTHERS
Georgia Bar No. 111075
richard.carothers@carmitch.com
Brian R. Dempsey
Georgia Bar No. 217596
Brian.dempsey@carmitch.com
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
(770) 932-3552

*Attorneys for the Gwinnett County Board of Registrations and Elections*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA MUSLIM VOTER PROJECT and ASIAN-AMERICANS ADVANCING JUSTICE-ATLANTA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIAN KEMP, in his official capacity as the Secretary of State of Georgia; and GWINNETT COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS, on behalf of itself and similarly situated boards of registrars in all 159 counties in Georgia,<br><br>    Defendants. | Civil Action No.: 1:18-cv-04789-LMM |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing **DEFENDANT GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following

attorneys of record:

Richard Carothers
Cristina Correia
Brian Dempsey
Dale E. Ho
Sophia Lin Lakin
Frank Strickland
Sean Young

This 19th day of August, 2018.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411