# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ALTANTA DIVISION

| | | |
|---|---|---|
| GEORGIA MUSLIM VOTER PROJECT and ASIAN- AMERICANS ADVANCING JUSTICE-ATLANTA, | * * * * | |
| Plaintiffs, | * * | CA No. 1:18cv4789-LMM |
| vs. | * * | |
| BRIAN KEMP, in his official capacity as Secretary of State of Georgia; and GWINNETT COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS, on behalf of itself and similarly situated boards of registrars in all 159 counties in Georgia, | * * * * * * * * | |
| Defendants. | * * | |

## DECLARATION OF CHRIS HARVEY

I, Chris Harvey, do hereby declare and state that the following facts are true and correct to the best of my knowledge, information and belief.

1.

I am over the age of 21 years and am in all ways competent to give testimony, suffering no physical or mental disabilities.

2.

I am aware of the fact that this declaration is being submitted in support of Secretary of State Brian Kemp's Brief in Opposition to Plaintiffs' Motion for Temporary Restraining Order.

3.

I have been the State of Georgia's Elections Director since July 2015. From August 2007 to July 2015, I was the Chief Investigator and Deputy Inspector General for the Secretary of State's office, investigating, amongst other things, potential violations of state election law. For over a decade, I have acquired first-hand knowledge of Georgia's election processes at both the state and county level.

4.

Absentee ballot applications and absentee ballots in Georgia are governed by O.C.G.A. §§ 21-2-381 and 386 and State Election Board Rule 183-1-14. The only change that has occurred to absentee balloting verification procedures since I have been at the Secretary of State's office is a slight change to the oath to require the voter to list their year of birth instead of their month and day of birth for privacy concerns. All of the other procedures regarding how county registrars verify absentee ballot applications and absentee ballots remain the same for this election as they have for all previous elections since 2007.

5.

Both absentee ballot applications and absentee ballots are processed completely by county registrars. Neither the Secretary of State's office nor the State Election Board has any say in whether an absentee ballot application or an absentee ballot is accepted or rejected.

6.

If the Secretary of State's office learns that a county registrar has rejected or accepted an absentee ballot or absentee ballot application outside the confines of state law, the Investigations Division of the Secretary of State's office will open an investigation and present findings to the State Election Board which will then determine if any further action is warranted.

7.

I speak to numerous county election directors every day, and they tell me that they are not seeing an increase in rejection rates this election, though they are seeing increased volume of both absentee by-mail and absentee in-person voting. Absentee in-person voting is conducted on a Direct Recording Electronic ("DRE") voting machine. Our office has opened an investigation regarding the allegations by Plaintiffs regarding Gwinnett County in order to determine if any absentee ballot applications or absentee ballots have been improperly rejected. The investigation is

overseen by the Secretary of State's Investigation Division, which I do not oversee, but I understand that the allegations of improperly rejecting absentee ballot applications or absentee ballots have not been substantiated by our investigator at this time. That investigation remains ongoing.

8.

Registered voters in Georgia may request an absentee ballot for any reason or no reason at all. Voters may also vote absentee in-person during the three weeks prior to Election Day. Absentee in-person voting for the November 6, 2018 general election is currently ongoing, as is absentee by-mail voting. Counties are currently accepting and processing absentee by-mail applications, and they are required by law to mail or issue an absentee ballot immediately upon determining an applicant's eligibility, and such determination shall be made within 3 business days of receipt of the application. State Election Board Rule 183-1-14-.11.

9.

Over the past few days, I have asked many county election directors in Georgia how quickly they are getting out absentee ballot application and absentee ballot rejection notices, which are required by law to be sent "promptly." The county election directors have all told me that they mail out rejection notices the same day or next day after the determination is made. Many election directors will also call

and/or email if the voter provides that information so that they receive immediate notification. If an absentee ballot application or absentee ballot is rejected, the voter can apply for another absentee ballot, vote absentee in-person, or vote on Election Day. The election directors I have spoken to tell me that they only reject absentee ballots or applications when comparing signatures if the signature appears to be wholly inconsistent with the signature on file. They are not using slight discrepancies or variations in signatures in order to reject absentee ballots or applications.

10.

The county election directors that I have spoken to say that while they are seeing higher volume of absentee ballots, they are not seeing a higher proportion of absentee by-mail ballots compared to absentee in-person voting on a DRE machine. Historically, voters overwhelmingly chose to vote absentee in-person compared to absentee by mail. The data for this year so far show a higher number of both absentee by-mail and absentee in-person voting, but there is actually more of a preference for absentee in-person voting on a DRE machine compared to the same point in the 2014 election. While the number of mail absentee ballots requested is higher in 2018 than in 2014, it is actually lower as a proportion to the total number of ballots issued so far. In 2014, as of the fourth day of early voting, mail ballots made up 47.5% of absentee ballots issued. However, in 2018, as of the fourth day of early voting

(October 18, 2018), mail ballots made up only 40.9% of absentee ballots issued. This is consistent with the growing popularity of absentee in-person voting vs. absentee by-mail voting that we have seen across previous elections.

11.

Upon reviewing old Absentee Voter Files (although they do not present perfect information, as explained below), the rejected absentee ballots for all reasons in the 2014 general election was 0.16% of the accepted absentee ballots and 0.06% of the total ballots cast in the election. Ballots rejected for wrong signatures totaled 0.024% of all accepted absentee ballots and 0.009% of all ballots cast in 2014. The rejected absentee ballots for the 2016 general elections was 0.13% of the accepted absentee ballots and 0.08% of the total ballots cast in the election. Ballots rejected for wrong signatures totaled 0.017% of all accepted absentee ballots and 0.01% in 2016. It is difficult to make statistical conclusions for 2018 due to the fact that voting is currently underway.

12.

The Absentee Voter File available on the Secretary of State website has individualized information at the voter level for absentee ballot requests, issued ballots, and returned ballots. The "Application Status" column has two possible values: "A" and "R". "A" represents an accepted and processed absentee ballot

application and "R" represents a rejected absentee ballot application. The "Ballot Status" column has four possible values: "A", "C", "R", and "S". "A" means the ballot was returned and accepted. "C" means the ballot was cancelled. "R" means the ballot was rejected. "S" means the ballot was spoiled. The "Status Reason" field represents the reason the county registrar put the ballot in the particular given status.

13.

The file is an extract of data from eNet, the state's voter registration system. All counties enter absentee ballot application, issuance, and acceptance information in eNet. ENet includes a tool for counties to enter rejection, but not all counties utilize eNet to track rejection information. Some counties keep track of their rejection information in their own off-line systems. Acceptance of the ballot represents that the voter has cast his or her ballot for that election. If a voter's ballot has not yet been accepted, they are still eligible to vote in any manner in the election.

14.

County election registrars are at maximum capacity right now, including the seasonal addition of temporary employees. They are still processing the remaining voter registration applications from the voter registration deadline, receiving and processing absentee ballot applications, mailing absentee ballots, receiving completed absentee ballots, conducting early voting, and preparing for election day

(including preparing polling places, preparing electronic poll books, preparing poll workers, etc.). Changing the election rules in place at this time—while early voting is underway, and with Election Day only two weeks away—would be problematic for counties and could lead to problems, both foreseen and unforeseen, conducting a fair election. County registrars have trained their employees, both full time and temporary, on the current processes and changing processes while voting is already underway will almost certainly have unintended consequences.

15.

I am not opposed to community or legislative efforts to modify Georgia law regarding the rejection of absentee ballots and the opportunity to cure that rejection beyond what is already permitted by current law. However, I am strongly opposed to making any such changes while an election is underway, including being in the midst of both absentee and advance in-person voting. A change at this juncture would necessitate training personnel in all 159 counties on the new, temporary processes. Election training is a months long process leading up to an election cycle, with mandatory statewide training for supervisory personnel at the county level and county training for all other election personnel involved in the process. Altering the process at this juncture also injects the potential of unintended consequences of making last minute changes in a process with as many moving parts as a statewide

general election, including the potential for errors in approving a fraudulently submitted absentee ballot that will have the effect of disenfranchising that registered voter when they attempt to cast a ballot, whether in-person or by a later submitted absentee ballot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 22nd day of October, 2018.

*[signature]*

**CHRIS HARVEY**
Director, Elections Division
Office of the Secretary of State