# **EXHIBIT E**

## DECLARATION OF UMER RUPANI

My name is Umer Rupani and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am the Executive Director of the Georgia Muslim Voter Project.

2. We have done the following in response to the October 12 article which alerted us that absentee ballot rejections were occurring at a higher rate in Gwinnett County, where we focus our efforts.

3. Originally, for the week of October 15, we had planned to find events for phone banking and find volunteers to staff canvassing events. And then for the week of October 22, we had planned to have interns participate in phone banking.

4. However, in response to the October 12 article, we have spent, and will spend, less time doing the above activities, and more time sending emails to registered voters about the absentee ballot rejection potential and retrain the canvassers to include language regarding absentee ballot applications.

5. For instance, on October 17, we diverted time towards changing the canvassing script to better inform voters on how to access their absentee ballot applications and how to properly how to properly track updates on their application. We then reformatted the training script for canvassers to ready them to answer questions about absentee ballot applications, how to track them, and assuring voters that their vote would still count if they worked with us.

6. On October 19, we diverted time towards creating a strategy to contact individuals GMVP has registered to vote to make sure they are aware of the absentee ballot process and their ability to check for updates.

7. On October 22, we diverted time towards training GMVP interns to communicate the changes to the canvassing script and training script mentioned above. We informed interns on the strategy to email and contact all individuals GMVP has registered to vote about the absentee ballot application.

8. In the future, we will dedicate an intern to create a sample email to be sent out to individuals GAMVP has registered to vote. This intern time could have been spent on phone banking.

9. GAMVP will also send out individual emails to citizens they have registered and respond when necessary. This will take time away from interns' and my time dedicated to the get-out-the-vote efforts listed above.

I declare, under penalty of perjury, that the foregoing is true and correct.

_____
Umer Rupani

10/22/18
Date