# EXHIBIT F

## **DECLARATION OF KARUNA RAMACHANDRAN**

My name is Karuna Ramachandran, and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am the Deputy Director of Asian Americans Advancing Justice-Atlanta ("Advancing Justice-Atlanta").

2. In response to the October 12 news article that identified significant rates of absentee ballot rejections in Gwinnett County, including rejections on the basis of a signature mismatch, Asian Americans Advancing Justice-Atlanta has diverted resources away from the following activities:

   a. Our general get-out-the-vote (GOTV) efforts (in five different languages), which include crafting and sending text messages to remind and encourage people to vote and canvassing neighborhoods, including in Gwinnett County, to remind and encourage voters at the door to participate in the upcoming election;

   b. Organizing community members and coalition partners to assist with general GOTV efforts;

   c. Preparing for and facilitating voter education forums to educate community members on what will appear on their ballots and on issues that impact them;

    d. Facilitating a large candidate forum to help educate Asian-American communities about candidates running for office and their positions on various issues (as a result of our resources being diverted to address this issue and other election protection issues, we are no longer able to plan this);

    e. Creating and distributing digital and print communications (in five different languages) to facilitate our general GOTV efforts;

    f. Preparing for the Community Champions Gala, our upcoming annual fundraiser, and other fundraising efforts, including grant writing;

    g. Pulling staff members from various departments, including legal services, to assist with translation of educational materials;

3. Specifically, we have diverted precious time and resources towards the following in response to the October 12 article:

    a. Drafting and distributing a community advisory to educate community members about rejection of absentee ballots and what steps they should take to protect their right to vote;

    b. Translating the community advisory, with the help of paid translation services, into five different languages on an expedited basis;

    c. Creating digital and print communications (in five different languages), including the community advisory, social media content,

postcards, and email newsletters, to educate community partners and members about the absentee ballot issue and the steps to be taken to protect their right to vote;

d. Translating, with the help of paid translation services, all digital and print communications regarding this issue into five different languages;

e. Enlisting staff members from various departments to review translated material for correctness;

f. Requesting and obtaining data about affected voters from ProGeorgia, a civic engagement table comprised of various community groups;

g. Organizing community members and coalition partners to help educate voters about this issue;

h. Spending money on text message services to convey the community advisory to voters (8 cents per text);

i. Crafting (and translating into five different languages) a text message to be sent to 11,000 voters to educate them about this issue;

j. Coordinating community partners and staff members to attend the Gwinnett County Board of Elections meeting on October 16 to voice

concern and ask questions about this issue, including drafting talking points;

k. Training civic engagement staff members and volunteers engaging in GOTV efforts to educate voters in the field about the issue of rejected absentee ballots, including adjusting scripts used for canvassing;

l. Fundraising an additional $10,000 to help fund efforts to push out in-language messaging around the community advisory, including costs associated with expedited translations, text messaging, and rides to the polls;

m. Creating and expanding ride mobilization efforts to provide for voters who were planning to vote absentee but now want to or must go to the polls in person because of the absentee issue; and

n. Expanding election protection and language access services during early voting in anticipation of the increased number of absentee voters who must now vote in-person to cure their rejected ballots.

Executed this 22ND day of OCTOBER, 2018.

_Karuna Ramachandran_
Karuna Ramachandran