# EXHIBIT G

## DECLARATION OF LANA GOITIA

My name is Lana Goitia and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am junior at the University of North Georgia, and I am 21 years old.

2. I am registered to vote at my parents' hometown of Loganville, in Walton County, which I consider to be home.

3. On or around October 5, 2018, I mailed in my absentee ballot.

4. I wanted to vote absentee because I have classes all day on Election Day, and early voting is more difficult for me because it is a 23-minute drive to the only early voting location that is open in Walton County.

5. On October 11, the county registrar rejected my ballot, and a letter dated October 11 was sent to my registered address (my parents' home) explaining the rejection.

6. However, I did not find out about my rejection until Friday, October 18, because I hadn't seen the rejection letter. A civic organization called to inform me that my ballot had been rejected. I checked it online at the My Voter Page, and learned that my absentee ballot was rejected on October 11.

7. That same day, I called the Walton County elections officials to ask why my absentee ballot was rejected. They said that the signature on my absentee ballot did not match the signature on my voter registration form.


8. I first registered to vote on my 18th birthday. I am sure that my signature has changed and evolved since that time.

9. This didn't make sense to me. I do not understand why they did not compare the signature on my absentee ballot with the signature on my absentee ballot application, which was signed more recently. I also did not understand how my absentee ballot application passed the signature test, but my absentee ballot signature did not.

10. I am not going to apply for a second absentee ballot because I believe it would be pointless, since they already rejected my signature the first time.

11. At this stage, my only option is to vote early in-person because I cannot vote on Election Day.

12. I plan on staying in Georgia and voting in future Georgia elections.

13. This experience was very discouraging for me and makes me feel like absentee voting is not really an option for me since they will always be comparing my signature to the signature I had when I was 18 years old.

14. I would like for absentee voting to remain a real option for me in the future. I declare under penalty of perjury that the forgoing is true and correct.

*Lana Goitia*
Lana Goitia

10/21/2018
Date