UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA MUSLIM VOTER PROJECT, et al., | * * * |
| Plaintiffs, | * CA No. 1:18cv4789-LMM * |
| vs. | * * |
| BRIAN KEMP, in his official capacity as Secretary of State of Georgia, et al., | * * * |
| Defendants. | * * |

## NOTICE OF APPEAL

Defendant, Secretary of State Brian Kemp, through counsel, appeals to the United States Court of Appeals for the Eleventh Circuit from the October 24, 2018 and October 25, 2018 Orders granting a preliminary injunction relief against Defendant, Secretary of State, Brian Kemp.  (Doc. 28 and Doc. 32).  The Clerk should omit nothing from the record on appeal.

Respectfully submitted,
CHRISTOPHER M. CARR
Attorney General                112505

ANNETTE M. COWART       191199
Deputy Attorney General

RUSSELL D. WILLARD       760280
Senior Assistant Attorney General

- 1 -

/s/ Cristina M. Correia
CRISTINA M. CORREIA     188620
Senior Assistant Attorney General

ELIZABETH A. MONYAK   005745
Senior Assistant Attorney General

Attorneys for Secretary of State Brian Kemp

Please address all
Communication to:
CRISTINA CORREIA
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

## Certificate of Compliance

I hereby certify that the forgoing Objections to Proposed Injunction were prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

## Certificate of Service

I hereby certify that on October 26, 2018, I electronically filed this Notice of Appeal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Sean J. Young
ACLU Foundation of Georgia, Inc.
P.O. Box 77208
Atlanta, GA  30357

Dale E. Ho
ACLU
125 Broad Street, 18th Floor
New York, NY  10004

Brian R. Dempsey
Richard A. Carothers
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA  30518

Bryan P. Tyson
Frank Strickland
Strickland Brockington Lewis, LLP
1170 Peachtree Street, Ne Suite 2200, Midtown Prosceium
Atlanta, GA  30309-7200

I hereby certify that I have e-mailed the document to the following non-CM/ECF participants:

Bruce P. Brown
Bruce P. Brown Law
Suite 6
1123 Zonolite Road, Ne
Atlanta, GA  30306

John Powers
Lawyers' Committee for Civil Rights
    Under Law
1401 New York Avenue, Suite 400
Washington, DC  20005

    This 26th day of October, 2018.

                            /s/Cristina Correia
                            Cristina Correia    188620
                            Senior Assistant Attorney General
                            40 Capitol Square SW
                            Atlanta, GA  30334
                            ccorreia@law.ga.gov
                            404-656-7063
                            404-651-9325