# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 02, 2018

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 18-14502-GG   ; 18-14503 -GG
Case Style: Georgia Muslim Voter Project, et al v. Brian Kemp
District Court Docket No: 1:18-cv-04789-LMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso, GG/bmc
Phone #: (404) 335-6177

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14502-GG
_____

GEORGIA MUSLIM VOTER PROJECT,
ASIAN-AMERICANS ADVANCING JUSTICE-ATLANTA,

                                                                           Plaintiffs - Appellees,

versus

BRIAN KEMP,
in his official capacity as the Secretary of State of Georgia,

                                                                           Defendant - Appellant,

GWINNETT COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS,
on behalf of itself and all others similarly situated,

                                                                           Defendant.

_____

No. 18-14503-GG
_____

RHONDA J. MARTIN,
DANA BOWERS,
JASMINE CLARK,
SMYTHE DUVAL,
JEANNE DUFORT,
THE GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.,

                                                                           Plaintiffs - Appellees,

versus

BRIAN KEMP,
Secretary of State of Georgia,

                                                                           Defendant - Appellant,

REBECCA N. SULLIVAN, et al.,

                                                                                              Defendants.

_____

On Appeal from the United States
District Court for the Northern District of Georgia

_____

BEFORE: TJOFLAT, JILL PRYOR, and NEWSOM, Circuit Judges.

BY THE COURT:

      Before the Court is "Appellant Brian Kemp's Emergency Motion for Stay of Injunction Pending Appeal." As to Appellant's request for a stay pending appeal, the motion is DENIED, as Appellant has not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). One judge dissents; opinions will follow.

      As to Appellant's alternative request to expedite his appeal, the motion is DENIED.

      We hereby *sua sponte* CONSOLIDATE the appeals in case nos. 18-14502 and 18-14503.